IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETTY HUDSON** | : |
|     v. | : |
| | :   **CIVIL ACTION NO. 23-2908** |
| **AAA INSURANCE CO.** | : |
| **d/b/a CSAA GENERAL INSURANCE CO.,** | : |
| et al. | : |

## ORDER

This 16th day of November, 2023, it is hereby **ORDERED** that Defendant's Motion for Judgment on the Pleadings, ECF 12, is **GRANTED IN PART and DENIED IN PART** as follows:

1. Count II of Plaintiff's Complaint is **DISMISSED with prejudice.**

2. Defendant's request that the Court make a finding regarding Plaintiff's policy limit is **DENIED**, as that issue has not been appropriately framed or argued in Defendant's motion.

/s/ Gerald Austin McHugh
United States District Judge